IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40567
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS ROMERO MARTINEZ, also known as
Lorenzo Montalvan-Aguilar,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-421-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carlos Romero Martinez has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Martinez has not filed a response.

Our independent review of the brief and the appellate record discloses no nonfrivolous issue. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL is DISMISSED.  <u>See</u> 5TH
CIR. R. 42.2.